Certificate Number: 14912-PAW-DE-033441025

Bankruptcy Case Number: 19-23158



14912-PAW-DE-033441025

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>September 20, 2019</u>, at <u>2:34</u> o'clock <u>PM EDT</u>, <u>Krystal Roberts</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>September 20, 2019</u>          By:   <u>/s/Jai Bhatt</u>

                                        Name:  <u>Jai Bhatt</u>

                                        Title: <u>Counselor</u>