# KML LAW GROUP, P.C.
**701 MARKET STREET, SUITE 5000**
**Philadelphia, PA 19106**
www.kmllawgroup.com

November 20, 2019

Mark A. Roberts Jr.
3100 Stilley Road
Jefferson Hills, PA 15025

Krystal D. Roberts
3100 Stilley Road
Jefferson Hills, PA 15025

RE:    Mark A. Roberts Jr. and Krystal D. Roberts
         Bankruptcy Case Number: 19-23158 GLT
         Our File Number: 199286BK

Dear Sir or Madam:

     Enclosed for service upon you and your counsel, is a true and correct copy of the **DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY** filed by the lender, Global Lending Services LLC.

                                 KML LAW GROUP, P.C.
                                 James C. Warmbrodt, Esquire
                                 Phone: (412) 430-3594
                                 Email: jawarmbrodt@kmllawgroup.com

Enclosure

cc:    Attorney: Brian J. Bleasdale
        Trustee: Rosemary C. Crawford

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Mark A. Roberts Jr.**<br>**Krystal D. Roberts**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Global Lending Services LLC**<br>　　　　　　　　　　**Movant**<br>　　**vs.**<br><br>**Mark A. Roberts Jr.**<br>**Krystal D. Roberts**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Rosemary C. Crawford**,<br>**Trustee** | **BK NO. 19-23158 GLT**<br><br>**Chapter 7**<br><br>**Related to Claim No.** |

## CERTIFICATE OF SERVICE OF

## DEFAULT ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, James C. Warmbrodt, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 20, 2019, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Mark A. Roberts Jr.
3100 Stilley Road
Jefferson Hills, PA 15025

Krystal D. Roberts
3100 Stilley Road
Jefferson Hills, PA 15025

Attorney for Debtor(s)
Brian J. Bleasdale,
101 Emerson Avenue
Aspinwall,, PA 15215

Trustee
Rosemary C. Crawford
Crawford McDonald, LLC.
P.O. Box 355
Allison Park, PA 15101

Method of Service:  electronic means or first class mail

Dated: November 20, 2019

　　　　　　　　　　　　　　　　　　　　　　　**/s/James C. Warmbrodt, Esquire**
　　　　　　　　　　　　　　　　　　　　　　　James C. Warmbrodt, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Attorney I.D. No. 42524
　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　　　　　　　jwarmbrodt@kmllawgroup.com